**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAMIREZ HERNANDEZ ELEAZAR,<br><br>Petitioner,<br><br>v.<br><br>DHS—OPLA, et al.,<br><br>Respondents. | Case No. 5:26-cv-2902-PA (SK)<br><br>**ORDER TO SHOW CAUSE** |

Petitioner is ORDERED TO SHOW CAUSE in writing within 14 days of this order why his petition under 28 U.S.C. § 2241 should not be summarily dismissed for failure to state a claim for relief on the face of the petition. *See* Rule 2(c) of Rules Governing Section 2254 Cases; Fed. R. Civ. P. 8(a)(2); *see also James v. Borg*, 24 F.3d 20, 26 (9th Cir. 1994) ("Conclusory allegations which are not supported by a statement of specific facts do not warrant habeas relief.").

Petitioner may satisfy this order by filing a first amended petition curing the deficiencies explained above within 14 days of this order. If a first amended petition is filed on time, Respondents' answer shall be due within 10 days of that filing and Petitioner's reply to that answer shall be due within 10 days of receipt of Respondents' answer.

If no first amended petition or other written response is filed on time, however, this action may be involuntarily dismissed—with no further notice or warning—for lack of prosecution and noncompliance with court orders. *See* Fed. R. Civ. P. 41(b); L.R. 41-1.

IT IS SO ORDERED.

DATED: July 24, 2026

HON. STEVE KIM
United States Magistrate Judge