UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMIREZ HERNANDEZ ELEAZAR,<br>Petitioner,<br>v.<br>DHS – OPLA,<br>Respondent. | No. 5:26-cv-02902-PA-SK<br>~~[PROPOSED]~~ **ORDER DENYING PETITION AND DISMISSING CASE** |

Petitioner has been removed from the United States. Dkt. 14. Because Petitioner failed to identify any collateral consequences of deportation that could be redressed by success on the Petition, Petitioner's removal mooted the Petition.

IT IS ORDERED that the case is dismissed without prejudice.

Dated: September 11, 2026

Steve Kim
HON. STEVE KIM
United States Magistrate Judge