JS-6

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMIREZ HERNANDEZ ELEAZAR,<br>Petitioner,<br>v.<br>DHS – OPLA,<br>Respondent. | No. 5:26-cv-02902-PA-SK<br>~~[PROPOSED]~~ **JUDGMENT** |

Pursuant to the Court's Order, IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is DENIED and this action is DISMISSED WITHOUT PREJUDICE.

Dated: September 11, 2026

Steve Kim
HON. STEVE KIM
United States Magistrate Judge